# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAJUANA REYNOLDS,<br><br>      Plaintiff,<br><br>vs.<br><br>CHECKR GROUP, INC.,<br><br>      Defendant. | 8:24CV69<br><br>ORDER |

Upon notice of settlement filed on April 29, 2024, by counsel for defendant,

**IT IS ORDERED:**

1. On or before **May 29, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 30th day of April, 2024.

                   BY THE COURT:

                   s/Michael D. Nelson
                   United States Magistrate Judge
                   .