IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAJUANA REYNOLDS,<br><br>Plaintiff,<br><br>vs.<br><br>CHECKR GROUP, INC.,<br><br>Defendant. | 8:24CV69<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL |

On April 29, 2024, Defendant filed a Notice of Settlement in this case. Filing 10. Consequently, on April 30, 2024, United States Magistrate Judge Michael D. Nelson entered an Order setting a deadline of May 29, 2024, for the parties to file a joint stipulation for dismissal (or other dispositive stipulation) that would fully dispose of the case and advising the parties that absent compliance with his Order, this case (including all counterclaims and the like) might be dismissed without further notice. Filing 11. On June 3, 2024, the parties belatedly filed the Joint Stipulation of Dismissal now before the Court. Filing 12. The parties seek dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which permits dismissal without an order of the Court on a stipulation of the parties. However, because the parties' Joint Stipulation of Dismissal was late, the Court deems it appropriate to enter an Order of dismissal. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal, Filing 12, is granted. This case is dismissed in its entirety with prejudice and with each party to pay its own costs and attorney fees.

Dated this 4th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge